**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YORDAN MIRANDA SANSO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2827-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Yordan Miranda Sanso filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield who issued a Report and Recommendation [Doc. No. 13] recommending the Court grant the Petition in part by ordering Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) before a neutral Immigration Judge within seven days or otherwise release Petitioner if he has not received a bond hearing within that period. Respondents have filed a Notice to the Court [Doc. No. 14], advising the Court that Petitioner was provided a bond redetermination hearing pursuant to 8 C.F.R. § 1236, at which the Immigration Judge ordered that Petitioner be released on a $35,000 bond and any conditions DHS deems appropriate.

Because Petitioner has been provided a bond redetermination hearing, the Court DISMISSES the Petition for Writ of Habeas Corpus as MOOT.

IT IS SO ORDERED this 23rd day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE